

# Fourth Court of Appeals
## San Antonio, Texas

September 2, 2014

No. 04-14-00099-CR

Rodolfo Mata **RODRIGUEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR4828
Honorable Ron Rangel, Judge Presiding

## O R D E R

Appellant's second motion for extension of time to file his brief is GRANTED. Appellant's brief is due on **September 29, 2014**. No further extensions will be granted.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of September, 2014.

_____
Keith E. Hottle
Clerk of Court